UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MILLISA NIKITAS, JEREMEY SESSOMS, | Case No. 2:26-cv-01621-GMN-NJK |
| Plaintiffs, | **ORDER GRANTING** |
| v. | **AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| CARMAX AUTO SUPERSTORES, INC.; PAR, INC. d/b/a PAR NORTH AMERICA; and C G ASSET RECOVERY, INC.; | |
| Defendants. | |

## I. INTRODUCTION

Plaintiffs filed their Complaint in the District of Nevada, alleging, *inter alia*, that Defendants breached the peace by repossession of Plaintiffs' vehicle in violation of Nev. Rev. Stat. § 104.9609, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA"), and conversion.

Given the allegations made and the claims asserted, Defendants CarMax Auto Superstores, Inc. and PAR, Inc., d/b/a/ PAR North America ("Defendants"), require additional time to determine how they intend to respond to the Complaint. Accordingly, Defendants requests additional time up to and including August 6, 2026, to prepare responses to the Complaint.

Counsel for Defendants contacted counsel for Plaintiffs who consents to the relief requested herein.

1

## II. STANDARD

Rule 6 of the Federal Rules of Civil Procedure provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time...." Fed. R. Civ. P. 6(b)(1). "'Good cause' is understood to mean '[a] legally sufficient reason,' and it reflects 'the burden placed on a litigant (usu. by court rule or order) to show why a request should be granted or an action excused.'" *Joseph v. Hess Oil Virgin Islands Corp.*, 651 F.3d 348, 355 (3d Cir. 2011) (quoting *Black's Law Dictionary* 251 (9th ed. 2009)).

## III. ARGUMENT

Defendants submit that good cause for an extension exists here. First, this litigation is in its infancy. As a result, Defendants submit that additional time to respond to the Complaint will result in minimal prejudice to the parties. Additionally, good cause exists as, in the process of reviewing the allegations made against it, Defendant now believes that it may be able to move to dismiss the Complaint on the merits. Exploring further and potentially briefing a motion to dismiss will require additional time and resources. Defendant requests additional time to prepare and file its responsive pleading.

## IV. CONCLUSION

For the reasons above, Defendants respectfully submit that good cause exists for this Court to grant them an extension of time, up to and including August 6, 2026, to respond to Plaintiffs' Complaint.

DATED this 23rd day of June, 2026.

**IT IS SO ORDERED**
Dated: June 24, 2026
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2