**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MILLISA NIKITAS, JEREMEY SESSOMS, <br><br> Plaintiffs, <br><br> v. <br><br> CARMAX AUTO SUPERSTORES, INC.; PAR, INC. d/b/a PAR NORTH AMERICA; and C G ASSET RECOVERY, INC., <br><br> Defendants. | Case No.: 2:26-cv-01621-GMN-NJK <br><br> **ORDER GRANTING** <br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

## I.    INTRODUCTION

Plaintiffs filed their Complaint in the District of Nevada, alleging, *inter alia*, that Defendants breached the peace by repossession of Plaintiffs' vehicle in violation of Nev. Rev. Stat § 104.9609, the Fair Debt Collection Practices Act, 15 U.S.C. § 1629 *et seq.* (the "FDCPA"), and conversion.

Given the allegations made and claims asserted, Defendant C G Asset Recovery, Inc. ("Defendant"), requires additional time to determine how it intends to respond to the Complaint. Accordingly, Defendant requests additional time up to and including August 6, 2026, to prepare responses to the Complaint. The Court recently granted the same extension to the other two defendants in this action. *See* (ECF No. 11).

Counsel for Defendant contacted counsel for Plaintiffs who consent to the relief requested herein. *See* a true and correct copy of the emails between counsel, attached hereto as **Exhibit 1**.

/ / /

## II.   STANDARD

Rule 6 of the Federal Rules of Civil Procedure provides that "[w]hen enact may or must be done within a specified time, the court may, for good cause, extend the time…." Fed. R. Civ. P. 6(b)(1). "'Good cause' is understood to mean '[a] legally sufficient reason,' and it reflects 'the burden placed on a litigant (usu. by court rule or order) to show why a request should be granted or an action excused.'" *Joseph v. Hess Oil Virgin Islands Corp.*, 651 F. 3d 348, 355 (3d Cir. 2011) (quoting *Black's Law Dictionary* 251 (9th ed. 2009)).

## III.   ARGUMENT

Defendant submits that good cause for an extension exists here. First, this litigation is in its infancy. As a result, Defendant submits that additional time to respond to the Complaint will result in no prejudice to the parties. Second, Defendant is in the process of researching the facts alleged and the legal claims asserted to support a potential motion to dismiss, for which thorough research and briefing is required. Finally, the other defendants to this action, CarMax Auto Superstores, Inc. and PAR Inc. recently submitted a similar request, which was granted, such that granting the same extension to Defendant will not cause any undue delay in this action.

## IV.   CONCLUSION

For the reasons above, Defendant respectfully submitted that could cause exist for this Court to grant them an extension of time, up to and including August 6, 2026, to respond to Plaintiffs' Complaint.

Dated this 10th day of July, 2026.

**SPENCER FANE LLP**

*/s/ Jessica Lujan*
JESSICA M. LUJAN, ESQ. (NBN 14913)
300 S. 4th St., Suite 1600
Las Vegas, NV 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: jlujan@spencerfane.com

*Attorneys for Defendant C G Asset Recovery, Inc.*

LV 7212850.1

**ORDER**

Based on the foregoing unopposed Motion, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant C G Asset Recovery Inc. shall have until August 6, 2026, to answer the Complaint in this action.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -