Joseph Kanee, Esq.
Admitted Pro Hac Vice
MARCUS & ZELMAN, LLC
1508 SW 23rd Street
Fort Lauderdale, FL 33315
Telephone: (848) 346-4358
Facsimile: (732) 298-6256
Email: joseph@marcuszelman.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Millisa Nikitas and Jeremey Sessoms,<br><br>Plaintiff,<br><br>v.<br><br>CarMax Auto Superstores, Inc., PAR, Inc. d/b/a PAR North America, and C G Asset Recovery, Inc.,<br><br>Defendants. | Case No. 2:26-cv-01621-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>**(FIRST REQUEST)** |

Plaintiffs, Millisa Nikitas and Jeremey Sessoms, and Defendants CarMax Auto Superstores, Inc., PAR, Inc. d/b/a PAR North America, and C G Asset Recovery, Inc. (the "Parties"), by and through their attorneys, hereby submit this Stipulation for an extension of time for Plaintiffs to respond to Defendants' Motion to Compel Arbitration by thirty (30) days, to September 19, 2026.

Defendants filed their Motion to Compel Arbitration on August 6, 2026 [ECF 16]. The current deadline for Plaintiffs to respond to the motion is August 20, 2026. The Parties have agreed that Plaintiffs may have an additional 30 days or until September 19, 2026, to file their response. This is the first request for additional time sought by Plaintiffs in this action. This extension is sought in good faith and not for the purposes of delay. Neither party will be prejudiced by this extension.



Marcus & Zelman, LLC
1508 SW 23rd Street
Fort Lauderdale, FL 33315
(848) 346-4358

Marcus & Zelman, LLC
1508 SW 23rd Street
Fort Lauderdale, FL 33315
(848) 346-4358

**IT IS SO STIPULATED.**

DATED this 17th day of August 2026.

SPENCER FANE LLP

/s/

Paige S. Prado, Esq. (NBN 16001)
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 408-3400
Email: pprado@spencerfane.com

*Attorneys for Defendants*

DATED this 17th day of August 2026.

MARCUS & ZELMAN LLC

*/s/ Joseph Kanee*

Joseph Kanee , Esq. (*admitted pro hac vice*)
1508 SW 23rd Street
Fort Lauderdale, FL 33315
Telephone: (848) 346-4358
Email: joseph@marcuszelman.com

*Attorneys for Plaintiffs*

**ORDER**

The Court having considered the foregoing Stipulation between the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is approved; and Court **ORDERS** that Plaintiffs may have an additional 30 days or until September 19, 2026, to answer or otherwise respond to Defendants' Motion to Compel Arbitration.

**IT IS SO ORDERED.**

**DATED** this 17 day of August, 2026.

Gloria M. Navarro, District Judge
United States District Court

Marcus & Zelman, LLC
1508 SW 23rd Street
Fort Lauderdale, FL 33315
(848) 346-4358

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically filed the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: August 17, 2026.

*/s/* Joseph Kanee
Joseph Kanee, Esq.