Joseph Kanee, Esq.
Admitted Pro Hac Vice
MARCUS & ZELMAN, LLC
1508 SW 23rd Street
Fort Lauderdale, FL 33315
Telephone: (848) 346-4358
Facsimile: (732) 298-6256
Email: joseph@marcuszelman.com

*Attorneys for Plaintiffs*

Marcus & Zelman, LLC
1508 SW 23rd Street
Fort Lauderdale, FL 33315
(848) 346-4358

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Millisa Nikitas and Jeremey Sessoms,

Plaintiff,

v.

CarMax Auto Superstores, Inc., PAR, Inc. d/b/a PAR North America, and C G Asset Recovery, Inc.,

Defendants.

Case No. 2:26-cv-1621-GMN-NJK

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

**(SECOND REQUEST)**

Plaintiffs, Millisa Nikitas and Jeremey Sessoms, and Defendants CarMax Auto Superstores, Inc., PAR, Inc. d/b/a PAR North America, and C G Asset Recovery, Inc. (the "Parties"), by and through their attorneys, hereby submit this Stipulation for an extension of time for Plaintiffs to respond to Defendants' Motion to Compel Arbitration by thirteen (13) days, to October 2, 2026.

Defendants filed their Motion to Compel Arbitration on August 6, 2026 [ECF 16]. On August 17, 2026, the Parties filed a joint stipulation, extending Plaintiffs' response time to the Motion up to and including September 19, 2026, which the Court endorsed the same day [ECF Nos. 17, 18].

The current deadline for Plaintiffs to respond to the motion is September 19, 2026. The Parties have agreed that Plaintiffs may have an additional 13 days or until October 2, 2026, to file their response.

This is the second request for additional time sought by Plaintiffs in this action. This extension is sought in good faith and not for the purposes of delay. Neither party will be prejudiced by this extension.

**IT IS SO STIPULATED.**

DATED this 21st day of September 2026.

SPENCER FANE LLP

*/s/ Jessica M. Lujan*
Jessica M. Lujan, Esq. (NBN 14913)
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 408-3400
Email: jlujan@spencerfane.com

*Attorneys for Defendants*

DATED this 21st day of September 2026.

MARCUS & ZELMAN LLC

*/s/ Joseph Kanee*
Joseph Kanee , Esq. (*admitted pro hac vice*)
1508 SW 23rd Street
Fort Lauderdale, FL 33315
Telephone: (848) 346-4358
Email: joseph@marcuszelman.com

*Attorneys for Plaintiffs*

Marcus & Zelman, LLC
1508 SW 23rd Street
Fort Lauderdale, FL 33315
(848) 346-4358

**ORDER**

The Court having considered the foregoing Stipulation between the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is approved; and Court **ORDERS** that Plaintiffs may have an additional 13 days or until October 2, 2026, to answer or otherwise respond to Defendants' Motion to Compel Arbitration.

**IT IS SO ORDERED.**

**DATED** this 21 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Marcus & Zelman, LLC
1508 SW 23rd Street
Fort Lauderdale, FL 33315
(848) 346-4358

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2026, I electronically filed the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: September 21, 2026.

*/s/* Joseph Kanee
Joseph Kanee, Esq.