Joseph Kanee, Esq.
Admitted Pro Hac Vice
Marcus & Zelman, LLC
1508 SW 23rd Street
Fort Lauderdale, FL 33315
Tel: (848) 346-4358
Email: joseph@marcuszelman.com
*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **Millisa Nikitas and Jeremey Sessoms,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**Carmax Auto Superstores, Inc., PAR, Inc. d/b/a PAR North America, and C G Asset Recovery, Inc.,**<br><br>**Defendants.** | **Civil Case No. 2:26-cv-01621-GMN-NJK** |

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**

Plaintiffs Millisa Nikitas and Jeremey Sessoms and Defendant PAR, Inc. d/b/a PAR North America ("The Parties"), by their undersigned counsel, hereby stipulate to the Plaintiffs' dismissal of all claims against the Defendant **PAR, INC. d/b/a PAR NORTH AMERICA, only,** in the above-captioned matter **without prejudice.**

In light of the dismissal, the parties stipulate to the withdrawal of Defendants' Motion to Compel Arbitration [ECF No. 16], without prejudice to the remaining defendant's (C G Asset Recovery, Inc.) ability to refile the motion at its discretion.

The Parties further stipulate that C G Asset Recovery, Inc. shall have through an including

October 23, 2026, to file either an answer or an appropriate motion in response to the Complaint.

The Parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: September 25, 2026

/s/ Joseph Kanee
Joseph Kanee, Esq.
Admitted Pro Hac Vice
Marcus & Zelman, LLC
1508 SW 23rd Street
Fort Lauderdale, FL 33315
Tel: (848) 346-4358
Email: joseph@marcuszelman.com
*Attorney for Plaintiffs*
*Millisa Nikitas and Jeremey Sessoms*

/s/ Jessica M. Lujan
Jessica M. Lujan, Esq.
(NBN 14913)
Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101
Tel: (702) 408-3400
Email: jlujan@spencerfane.com
*Attorney for Defendant*
*PAR, Inc. d/b/a PAR North America*

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

Plaintiff's claims against Defendant PAR, INC. d/b/a PAR NORTH AMERICA are hereby dismissed without prejudice.

By stipulation of the parties, Defendants' Motion to Compel Arbitration [ECF No. 16] is hereby withdrawn, without prejudice to C G Asset Recovery, Inc.'s ability to renew the motion at its discretion.

It is further ordered that C G Asset Recovery, Inc. shall have through and including October 23, 2026, to file its response to the Complaint.

IT IS SO ORDERED.

**DATED** this 25 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: September 25, 2026.

*/s/ Joseph Kanee*
Joseph Kanee, Esq.